UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 02:09-CR-492-ECR-LRL |
| vs. | MINUTES OF COURT |
| BRIAN ALLEN WALLAESA, | Date:  December 13, 2010 |
| Defendant. / | |

**PRESENT**: EDWARD C. REED, JR., SENIOR U. S. DISTRICT JUDGE

Deputy Clerk:  Colleen Larsen;  Reporter: Margaret Griener

U. S. Attorney, by: Roger Yang

Counsel for Defendant: Richard Boulware; Rachel Korenblat

**MINUTES OF HEARING MOTION IN LIMINE (#35):**

At 3:40P. M. Court convenes; defendant is present.

Offer of proof is presented by Government counsel in respect to prospective witnesses, Jamie Tomchik, and Barry Grabow; response by defense counsel Boulware; reply by Government counsel.

Defense counsel Boulware presents argument in support of his motion; response by Government counsel; reply by defense counsel Boulware.

The Court makes its findings for the record.

**IT IS ORDERED** that the motion in limine (#35), is GRANTED and DENIED.  Witness J.T. will  be permitted to testify that she made a complaint to the flight attendants and that she was being harassed and uncomfortable, in accordance with the ruling of the Court.  Witness Grabow not be allowed to testify regarding any discussion about the boyfriend, but will be allowed to corroborate the testimony of witness J.T. , pursuant to the rulings of the Court.

Arguments are presented in respect to testimony of witness Moorman.

**IT IS ORDERED** that the motion in limine in respect to witness Moorman, is GRANTED, and she will not be permitted to testify that she was intimidated or in fear.

02:09-CR-492-ECR               December 13, 2010               Page Two

Defense counsel Boulware moves for complete production of the Grand Jury transcript to the defense; response by Government counsel, who indicated all documents have already been provided to the defense.

**IT IS ORDERED** that the Government shall investigate the transcript of Grand Jury proceedings and shall obtain the full transcript and provide the same to defense counsel.

At 5:40 P. M. Court recesses; defendant is continued on bond.

LANCE S. WILSON, CLERK

By: __/s/_____
                Deputy